1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   EDWARD ESCOBAR

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) Case No. 1:16-cr-00082 SAB
                                     )
12           Plaintiff,              ) REQUEST FOR RULE 43 WAIVER OF
                                     ) APPEARANCE AT NON-SUBSTANTIVE
13  vs.                              ) PROCEEDINGS; ORDER
                                     )
14  EDWARD ESCOBAR,                  )
                                     )
15           Defendant.              )
                                     )
16

17       Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Edward Escobar, having been

18  advised of his right to be present at all stages of the proceedings, hereby requests that this Court

19  permit him to waive his right to personally appear at all non-substantive proceedings.  Mr.

20  Escobar agrees that his interests shall be represented at all times by the presence of his attorney,

21  the Office of the Federal Defender for the Eastern District of California, the same as if he were

22  personally present, and requests that this Court allow his attorney-in-fact to represent his

23  interests at all times.

24       Defendant makes this request because he lives in Visalia, CA and works full time in real

25  estate.  Travelling to court would is a hardship on defendant both because of the time it takes

26  defendant to travel to court, and because of the lost income each time he makes an appearance.

27  / / /

28  / / /

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: August 29, 2016                */s/ Megan T. Hopkins*
                                          MEGAN T. HOPKINS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          EDWARD ESCOBAR


Date: August 29, 2016                */s/ Edward Escobar*
                                          EDWARD ESCOBAR
                                          Defendant

## **O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: **August 29, 2016**

                                          UNITED STATES MAGISTRATE JUDGE