# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-cr-00082-SAB |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **DIVERSIONARY AGREEMENT** |
| EDWARD ESCOBAR, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on Mr. Escobar's progress while on pretrial service supervision:

| | |
|---|---|
| **Plead Guilty to:** | Brandishing a Firearm, in violation of 18 USC 13 and California Penal Code 417(a)(2)(A) |
| **Change of Plea Date:** | October 6, 2016 |
| **Review Hearing Date:** | August 3, 2017 |
| **Probation Expires On:** | N/A |

### *CONDITIONS OF DIVERSIONARY AGREEMENT:*

☒  **Obey all federal, state and local laws**; and

☒  **Report on a Regular Basis to Pretrial Services**

☒  **Reside at a location approved by Pretrial Services and not change your address without prior approval**

☒  **Report any contact with law enforcement to Pretrial Services within 24 hours**

☒  **Refrain from possessing a firearm/ammunition or other dangerous weapon**

☒  **Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance**

☒  **Participate in mental health treatment**

### *COMPLIANCE:*

☒  Defendant has complied with and completed <u>all</u> conditions of probation described above.
- Pretrial Services Officer Zaren Craddock will prepare a report on Mr. Escobar's participation in mental health treatment for the court's review. To the best of defense counsel's knowledge, Mr. Escobar has fully complied with mental health treatment as directed by Pretrial Services. Defense counsel is unable to obtain a progress report from the mental health provider absent a HIPPA waiver from Mr. Escobar.

**Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐     To date, Defendant has paid a total of $
      ☐ If not paid in full when was last time payment:   Date:
                                                                                                                  Amount:

☐     Compliance with Other Conditions of Probation:

### *GOVERNMENT POSITION:*

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: 7/19/2017                                                                        /s/ Darin Rock
                                                                                                    Darin Rock
                                                                                                    Special Assistant United States Attorney

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 8/3/2017 at 10:00 a.m.

      ☐     be continued to _____ at 10:00 a.m.; or

      ☒     be vacated.

DATED: 7/6/2017                                                                       /s/ Andrew Wong
                                                                                                    DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

    ☒     GRANTED in part.  The Court orders that the Review Hearing set for August 3, 2017 at 10:00 a.m. be continued to October 19, 2017 at 10:00 a.m.  The defendant is ordered to file a status report two weeks prior to the hearing.  Defendant is ordered to appear.

    ☐     DENIED.

IT IS SO ORDERED.

Dated:   **July 25, 2017**                                                                     UNITED STATES MAGISTRATE JUDGE