# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-00082-SAB |
| Plaintiff, | ORDER GRANTING JOINT MOTION FOR VACATUR OF GUILTY PLEA AND DISMISSAL OF CHARGES WITH PREJUDICE |
| v. | |
| EDWARD ESCOBAR, | (ECF No. 17) |
| Defendant. | |

On August 16, 2016, the parties entered into a diversionary plea agreement in which Defendant Edward Escobar agreed to enter a guilty plea to brandishing a firearm in violation of Title 18, United States Code, Section 13 and California Penal Code Section 417(a)(2)(A). (ECF No. 7.) Sentencing was posted for a diversionary period in which Defendant Escobar was (1) to report to and comply with the rules and regulations of the United States Pretrial Services Agency; (2) reside at a location approved by the pretrial services officer and not change his residence without the prior approval of the pretrial services officer; (3) not possess a firearm/ammunition, destructive device, or other dangerous weapon, and provide written proof of divestment of all firearms/ammunition currently under his control; (4) participate in a program of medical or psychiatric treatment, including treatment for anger management, as approved by the pretrial services officer, and pay all or part of the costs of the counseling services based upon his ability to pay, as determined by the pretrial services officer; (5) report any contact with law enforcement to his pretrial

services officer within 24 hours; and (6) obey all laws.  (Id. at ¶ 2(f).)  In exchange for the Defendant's performance of these conditions, the United States agreed to: (i) stipulate to the withdrawal of Defendant's guilty plea; and (ii) move for dismissal of the information, at the time of sentencing.  (Id. at ¶ 3(b).  Defendant entered a guilty plea on October 6, 2016.  (ECF No. 11.)

On September 15, 2017, the parties filed a joint motion for vacatur of the guilty plea, and in the event of vacatur, dismissal.  (ECF No. 17.)  Counsel for the United States indicates that he has confirmed that Defendant has complied with each of the obligations set forth in the plea agreement. (Id. at p. 2.)

On September 18, 2017, a hearing was held on the joint motion for vacatur of guilty plea, and in the event of vacatur, dismissal. (ECF No. 18.) Michael Tierney appeared on behalf of the United States and Andrew Wong appeared on behalf of Defendant.  At the hearing, counsel made a joint request to have the matter dismissed.

The Court having read the joint motion, having reviewed and considered the conditions upon which the defendant entered his guilty plea and that he has complied with the terms of the plea agreement and having heard the argument of counsel at the hearing, finds that fair and just reasons exist to vacate Defendant's guilty plea entered on October 6, 2016, and dismiss the case against him.

Accordingly, IT IS HEREBY ORDERED that:

1.      The joint motion for vacatur of guilty plea, and in event of vacatur, dismissal (ECF No. 17) is GRANTED; and

2.      Defendant's plea of guilty is VACATED and the charges in this case, as reflected in the information filed June 6, 2016 (ECF No. 1), are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **September 25, 2017**                          _____

UNITED STATES MAGISTRATE JUDGE